**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Javier Villalobos Garcia

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-06-323 MCE |
| ) | |
| Plaintiff ) | AMENDED |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | SENTENCING |
| ) | |
| JAVIER VILLALOBOS GARCIA, ) | Date:      November 6, 2008 |
| ) | Time:      9:00 AM |
| ) | Court:     Hon. Morrison C. |
| Defendant ) | England |
| ) | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel that the above referenced matter, calendared for Thursday, September 11, 2008 at 9:00 AM for sentencing, be rescheduled for November 6, 2008 at 9:00 AM for sentencing.

   It is further agreed and stipulated that the draft report shall be due to the parties on October 2, 2008; informal objections due on October 9, 2008, and the final report due to the parties on October 16, 2008. Formal objections shall be due

-1-

on or before October 23, 2008. Responses, if any, to formal objections shall be due on October 30, 2008.

This stipulation and agreement is entered into for the following reasons: Due entirely to counsel's schedule, it has been impossible to conduct the probation interview as originally scheduled. Accordingly, a rescheduling of due dates and sentencing hearing has been necessitated.

**IT IS SO STIPULATED**

```
Dated: September 22, 2008      /S/ MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant


                               McGREGOR W. SCOTT
                               United States Attorney

Dated: September 22, 2008      By:  /S/SAMUEL WONG
                                    Samuel Wong, AUSA
```

**IT IS SO ORDERED**

**DATED:** September 23, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-